```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16107
   SHELLEY R Z BARNETT
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-2735


-----------------------------------------------------------------------
           TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/04/07 and confirmed on 11/20/07.

   2.  The case was dismissed after confirmation, 05/22/2008.

   3.  The Debtor paid a total of $   8500.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 2204.21 | .00 | 2204.21 |
| AMCORE BANK | SECURED | .00 | .00 | .00 |
| AMCORE BANK | MORTGAGE ARRE | 10114.47 | .00 | 862.27 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 6342.80 | 228.86 | 2334.16 |
| ILLINOIS DEPT REVENUE | PRIORITY | 5677.06 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 750.80 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 46871.25 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 3918.08 | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ACADEMY COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 7708.88 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 17968.57 | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 24673.00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4644.08 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 5675.00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 10696.29 | .00 | .00 |
| B REAL LLC | UNSECURED | 4481.69 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| B REAL LLC | UNSECURED | 3923.89 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10714.87 | .00 | .00 |
| FEDERATED FINANCIAL CORP | UNSECURED | 22879.46 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIRST EQUITY CARD | UNSECURED | 2915.54 | .00 | .00 |
| HARRIS BANK N A | UNSECURED | 4069.29 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 773.43 | .00 | .00 |

```
MCYDSNB                      UNSECURED        NOT FILED              .00          .00
RESURGENT CAPITAL SERVIC     UNSECURED           991.16              .00          .00
NATIONAL CREDITOR ADJUST     UNSECURED        NOT FILED              .00          .00
NICOR GAS                    NOTICE ONLY      NOT FILED              .00          .00
SOUTHWEST CREDIT SYSTEM      UNSECURED        NOT FILED              .00          .00
TALK AMERICA                 UNSECURED        NOT FILED              .00          .00
USAA FEDERAL SAVINGS BAN     UNSECURED        NOT FILED              .00          .00
WELLS FARGO CARD SERVICE     UNSECURED        NOT FILED              .00          .00
WFNNB/HARLEM FURNITURE       UNSECURED        NOT FILED              .00          .00
FIA CARD SERVICES            UNSECURED         11931.49              .00          .00
CAPITAL ONE BANK             UNSECURED           480.00              .00          .00
WORLD FINANCIAL NETWORK      UNSECURED          2725.11              .00          .00
CAPITAL ONE BANK             UNSECURED          2834.22              .00          .00
CAPITAL ONE BANK             UNSECURED          1973.77              .00          .00
TSYS DEBT MANAGEMENT         UNSECURED           380.79              .00          .00
BECKET & LEE LLP             UNSECURED          2350.00              .00          .00
         Summary of disbursements:
-----------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED         OTHER        TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  18661.48     52548.31    149459.41           .00    220669.20
PRINCIPAL PAID       5400.64          .00          .00           .00      5400.64
INTEREST PAID         228.86          .00          .00           .00       228.86
TOTAL PAID           5629.50          .00          .00           .00      5629.50
```

The Debtor's attorney, JAMES YOUNG & ASSOC          , was allowed $    3500.00
and was paid $    1025.00   direct and $    2475.00   through the plan.

The Trustee received $      395.50 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 08/20/08                  /s/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE

```
                              PAGE   3
   CASE NO. 07 B 16107 SHELLEY R Z BARNETT
```